```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN ZELVIN,

                Plaintiff,

-v-

4 R VENTURES, LLC,

                Defendant.

**ORDER**

23-CV-9466 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order of Reference dated October 31, 2023, this case was referred to Magistrate Judge Cott for general pretrial supervision. ECF No. 5. On August 28, 2024, the referral was reassigned to me.

    By Order dated June 27, 2024, Judge Cott directed the parties to advise the Court as to the status of the case within 7 days of the conclusion of mediation. ECF No. 14. The docket reflects that a mediation was held on November 21, 2024. To date, no such status report has been submitted to the court.

    The deadline for the parties to submit a joint status report is *sua sponte* extended to December 13, 2024. All other deadlines set in this case remain in effect.

**SO ORDERED.**

Dated: December 10, 2024
       New York, New York

                                          _____
                                          Henry J. Ricardo
                                          United States Magistrate Judge