UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2024
```

LYNN ZELVIN,

                Plaintiff,

-v-

4 R VENTURES, LLC,

                Defendant.

**ORDER**

23-CV-9466 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

For the reasons discussed during today's case management conference, the deadlines in this case are hereby extended as follows:

- All fact discovery shall be completed by January 24, 2025;
- The parties shall file a joint status letter by January 29, 2025;
- Defendant's expert disclosures shall be served by February 14, 2025;
- Depositions of experts shall be completed by March 7, 2025;
- Pretrial motions, if any, shall be filed by March 28, 2025; or if no such motions are contemplated, Plaintiff will supply pretrial order materials to Defendant by March 28, 2025; and the parties will submit a joint pretrial order in accordance with procedures of Judge Engelmayer by April 18, 2025.

**SO ORDERED.**

Dated: December 19, 2024
       New York, New York

                                        _____
                                        Henry J. Ricardo
                                        United States Magistrate Judge