```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN ZELVIN,

                Plaintiff,

      -v-

4 R VENTURES, LLC,

               Defendant.

**ORDER**

23-CV-9466 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

For the reasons discussed during today's telephone status conference, fact discovery is deemed closed after February 5, 2025.

A status conference is scheduled for February 18, 2025 at 2:00 p.m. by telephone. Counsel shall contact the Court at +1 646-453-4442 (Conference ID: 268 002 402#).

The deadlines in this case are otherwise the same as set in the Court's December 19, 2024 Order, ECF No. 20:

- Defendant's expert disclosures shall be served by February 14, 2025;
- Depositions of experts shall be completed by March 7, 2025;
- Pretrial motions, if any, shall be filed by March 28, 2025; or if no such motions are contemplated, Plaintiff will supply pretrial order materials to Defendant by March 28, 2025; and the parties will submit a joint pretrial order in accordance with procedures of Judge Engelmayer by April 18, 2025.

1

**SO ORDERED.**

Dated: February 6, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge