UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN ZELVIN *et al.*,

Plaintiffs,

-v-

4 R VENTURES, LLC,

Defendant.

23 Civ. 9466 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

On March 11, 2025, the parties submitted a joint letter reporting that fact discovery had been completed, and that plaintiff intended to file a request for a pre-motion conference in anticipation of its forthcoming summary-judgment motion. Dkt. 27. On March 12, 2025, Magistrate Judge Ricardo, to whom this case has been referred for general pretrial, *see* Dkts. 5, 14, issued a memo endorsement directing that the motion for summary judgment be filed, consistent with this Court's Individual Rules, by March 28, 2025. Dkt. 28. No such motion has been filed, and no progress has otherwise been made in this case.

This case will, accordingly, proceed to trial. The Court sets the following schedule:

- The joint pretrial order and motions *in limine* are due **Friday, May 23, 2025**.

- Any responses to the motions *in limine* are due **Friday, June 6, 2025**.

- The Court sets a pretrial conference date for **Thursday, July 10, 2025, at 2 p.m.** in Courtroom 1305 of the United States Thurgood Marshall Courthouse. The Court expects at that conference to, *inter alia*, resolve the motions *in limine* and to set a trial

date.  If the parties wish to consent to Magistrate Judge Ricardo's jurisdiction, they

may file the attached consent form on the docket of this case.


SO ORDERED.

Paul A. Engelmayer
United States District Judge


Dated: April 22, 2025
       New York, New York

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Lynn Zelvin et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   23 Civ. 9466 |
| 4 R Ventures LLC | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.